IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RWT-16-0284 |
| | * | |
| TROY ALLEN LUCAS | * | |
| Defendant | * | |

*******

## VERDICT FORM

FOREPERSON: PLEASE MARK THE JURY'S ANSWER AFTER EACH QUESTION:

1. How do you, the jury, unanimously find regarding the Defendant as to Count One of the Indictment (Murder-for-Hire Conspiracy)?

   ✓
   _____                _____
   **Guilty**                              **Not Guilty**

IF THE ANSWER TO QUESTION 1 WAS GUILTY, PLEASE ANSWER THE FOLLOWING QUESTION:

   Do you, the jury, unanimously find that commission of the offense charged in Count One resulted in the death of Robert Long?

   ✓
   _____                _____
   **Yes**                                 **No**

2. How do you, the jury, unanimously find regarding the Defendant as to Count Two of the Indictment (Use of Interstate Commerce Facility in the Commission of a Murder-for-Hire)?

   ✓
   _____                _____
   **Guilty**                              **Not Guilty**

**IF THE ANSWER TO QUESTION 2 WAS GUILTY, PLEASE ANSWER THE FOLLOWING QUESTION:**

Do you, the jury, unanimously find that commission of the offense charged in Count Two resulted in the death of Robert Long?

__✓_____                    _____
Yes                                                              No

3. How do you, the jury, unanimously find regarding the Defendant as to Count Three of the Indictment (Use of a Firearm During Crime of Violence)?

__✓_____                    _____
Guilty                                                        Not Guilty

**IF THE ANSWER TO QUESTION 3 WAS GUILTY, PLEASE ANSWER THE FOLLOWING QUESTION:**

Do you, the jury, unanimously find that commission of the offense charged in Count Three caused the death of Robert Long?

__✓_____                    _____
Yes                                                              No

9/26/17
**Date and Time**
2:40

**SIGNATURE REDACTED**
Signature of Jury Foreman

2